UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-

MICHAEL DAVIS,

        Defendant.

------------------------------------------------------------X

24-CR-00210 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

    IT IS HEREBY ORDERED that the defendant shall appear for a sentencing on Wednesday, August 7, 2024, at 11:00 a.m. in Courtroom 219, 40 Foley Square, New York, New York. The defendant's sentencing submission shall be filed on ECF no later than two weeks in advance of the sentencing. The Government's sentencing submission shall be filed on ECF no later than one week in advance of the sentencing.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 26, 2024
                New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/26/2024