**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

                -against-

**MICHAEL DAVIS,**

                **Defendant.**

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_ 7/18/2024

24-CR-00210 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge**:

      IT IS HEREBY ORDERED that the defendant's bail be modified to include:

      - Mental health evaluation/treatment as directed by Pretrial Services.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      July 18, 2024
               New York, New York