UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA,

    -against-                          24-CR-00210 (SN)

MICHAEL DAVIS,                        **ORDER**

    **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

The sentencing scheduled for Monday, October 7, 2024, at 2:00 p.m. is RESCHEDULED for October 7, 2024, at 11:00 a.m. in Courtroom 219, 40 Foley Square, New York, New York.

**SO ORDERED**.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     September 6, 2024
                 New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/2024